UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CAMPAIGN LEGAL CENTER,**

*Plaintiff,*

v.

**IOWA VALUES,**

*Defendant.*

Case No. 21-cv-389-RCL

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim or, in the alternate, to strike certain portions of the complaint [13] is hereby **DENIED**.

In accordance with Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the Court hereby **ORDERS** that the parties shall meet and confer within fifteen (15) days of this date. The Court further **ORDERS** that, within fourteen (14) days thereafter, the parties shall jointly submit a written report outlining the discovery plan and a proposed scheduling order.

It is **SO ORDERED**.

Date: November 19, 2021

_____
Hon. Royce C. Lamberth
United States District Judge