IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> IOWA VALUES, <br><br> Defendant. | Civil Action No. 21-CV-389 (RCL) |

## [~~Plaintiff's PROPOSED~~] SCHEDULING ORDER

Pursuant to the Joint Report and Proposed Scheduling Order submitted by Plaintiff Campaign Legal Center ("CLC") and Defendant Iowa Values, it is hereby Ordered that the following schedule is established:

| Event | Deadline |
|---|---|
| Initial Disclosures | ~~January 21, 2022~~ Feb. 14, 2022 |
| Joinder of Parties or Amendment of Pleadings | May 31, 2022 |
| Close of Fact Discovery *Limited to Liability Issues* | July 15, 2022 (6 months) |
| Proponent's Expert Disclosure | August 12, 2022 (4 weeks later) |
| Opponent's Expert Disclosure | September 9, 2022 (4 weeks later) |
| Close of Expert Discovery | October 21, 2022 (6 weeks later) |

1

| | |
|---|---|
| Settlement Conference Deadline | November 1, 2022 |
| Dispositive Motions Due *Limited to Liability Issues* | December 2, 2022 (6 weeks after close of expert discovery) |
| Oppositions to Dispositive Motions Due | January 13, 2023 (6 weeks including Christmas and New Year's Day) |
| Replies in Support of Dispositive Motions Due | February 10, 2023 (4 weeks) |
| ~~Final Pretrial Conference~~ *Status to Set* | 45 days following resolution of dispositive motions or at Court's convenience |
| *Discovery and* Briefing and/or ~~Trial~~ on Remedy *Issues and Pretrial and Trial Dates* | TBD after judgment on issue of liability |

Dated: 1/24/22

Hon. Royce C. Lamberth
United States District Judge