**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAMPAIGN LEGAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 21-389 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| IOWA VALUES, | ) | NOTICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FEDERAL ELECTION COMMISSION'S SECOND NOTICE**
**OF SUBSEQUENT DEVELOPMENTS**

The Federal Election Commission ("FEC" or "Commission") hereby provides notice of further factual developments related to the pending third-party discovery motions in this case. As explained further below, following the closure of the file in the underlying administrative matter, defendant Iowa Values has received all the material it sought in its two motions to compel responses to documentary subpoenas, making those motions moot.  It also now has access to all other documents necessary to understand the agency's handling of the administrative complaint against defendant, removing any doubt that defendant's deposition subpoena to the third-party FEC should be quashed.

On September 1, 2022, the Commission notified Iowa Values that on August 29, 2022, there had been a successful vote to close the file in FEC Matter Under Review ("MUR") 7674, an administrative enforcement matter involving defendant Iowa Values that is implicated in three pending discovery motions in this case.  (Letter from Ana J. Peña-Wallace to Ronald M. Jacobs & James E. Tyrrell III (Sept. 1, 2022), https://www.fec.gov/files/legal/murs/7674/7674_13.pdf.) Also on September 1, 2002, the Commission alerted the Court.  (*See* FEC's Notice of

Subsequent Developments ("Notice") (Docket No. 58).)  The Commission explained in both communications that, as a result of the file closure, the Commission would place on the public record categories of documents integral to its decision-making process in the MUR, including certifications of Commission votes and Commissioner statements of reasons, in accord with the agency's disclosure policy.  *See* FEC, Disclosure of Certain Documents in Enforcement and Other Matters, 81 Fed. Reg. 50,702, 50,703 (Aug. 2, 2016).

On September 30, 2022, the Commission made all of the documents necessary to understand its decision-making available to the public via its website.  *See* MUR 7674, https://www.fec.gov/data/legal/matter-under-review/7674/.  And on October 7, 2022, the Commission made a supplemental production to Iowa Values of the vote certifications and statement of reasons that were responsive to the third-party subpoenas (Docket Nos. 32-1, 47-1) that defendant had served on the Commission in this case.

The closure of the MUR 7674 file and resulting disclosures meant that the deliberative process privilege invoked for materials centrally in dispute was no longer applicable, thereby impacting three pending discovery motions involving the FEC.  First, defendant Iowa Values now has received the documents it sought in two motions to compel to enforce its document subpoenas, mooting both motions.  (*See* Docket Nos. 31, 47.)  The Commission is conferring with Iowa Values to confirm its agreement that those two pending motions to compel are now moot.

The third pending discovery motion affected by the MUR 7674 file closure and document release is the Commission's motion to quash defendant's subpoena seeking testimony pursuant to Federal Rule of Civil Procedure 30(b)(6).  (*See* FEC's Mot. to Quash Def's. Subpoena Ad Testificandum ("Motion to Quash"), Docket No. 51; Iowa Values' Subpoena Ad Testificandum,

2

Docket No. 51-3.)  The MUR 7674 documents placed on the public record on the Commission's website include all vote certifications, all formal memoranda to Commissioners from the FEC's Office of General Counsel, and all Commissioner statements of reasons.  *See* MUR 7674, https://www.fec.gov/data/legal/matter-under-review/7674/.  This release thus encompasses all of the information about the matter that could colorably be considered to be non-privileged in defendant's subpoena for testimony and obviates any perceived ongoing need to burden agency officials with a deposition.  (*See* Motion to Quash at 26-33.)  The Commission is conferring with Iowa Values to determine whether the claimed need for the testimony at issue in the pending Motion to Quash will be entirely eliminated or merely narrowed.  The Commission will further update the Court on the results of these discussions.

Respectfully submitted,

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

    */s/ Christopher H. Bell*
Christopher H. Bell (D.C. Bar No. 1643526)
chbell@fec.gov
Attorney

October 7, 2022

Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

Greg J. Mueller (D.C. Bar No. 462840)
gmueller@fec.gov
Attorney

FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I served the foregoing pursuant to Fed. R. Civ.

P. 5(b)(2)(E) on counsel of record, as a registered ECF user, through the Court's ECF system.

_/s/ Christopher H. Bell_
Christopher H. Bell (D.C. Bar No. 1643526)
Attorney
chbell@fec.gov